In the United States Bankruptcy Court
Middle District of Louisiana

IN RE: Michael Harvey

    Debtor
    Plaintiff

    v.                                                              Chapter 7 Case No. : 19-10073

East Baton Rouge Sheriff

Beenita & Nirav Bhatt

    Defendants

Information Required by 11 U.S.C. § 342(c)

Michael Harold Harvey
13554 Rendale Avenue
Baton Rouge, Louisiana
SSN/ITIN: xxx-xx-2618

**Emergency Motion to Stay Eviction**

1. Plaintiff, Michael Harold Harvey, the Debtor in the underlying bankruptcy case and reside at 13554 Rendale Avenue, Baton Rouge Louisiana. A Notice of Bankruptcy Case Filing was entered in this case on January 17, 2019, pursuant to 11 U.S.C § 301, thus triggering an automatic stay, pursuant to 11 U.S.C. § 362(a) of all debt collection against the Debtors.

2. The purpose of filing for bankruptcy is to get immediate protection for the petitioner from all debt collectors. At this time I am not in a position financially to move into another home or apartment. Physically I cannot move in three days. My paycheck has been garnished, along with max withholding for the past two years. Petitioner needs more time to acquire some additional funds to make a move into a new home or apartment and to move all belongings, if that be the case. Further,

it would give me the chance to prove that the Mortgage Service Company had no standing to foreclose. Fill out all forms in regards to my petition, and file them quicker.

    3. My objective is to keep and pay my home in full and I would hope the Court would assist me in accomplishing that goal.

    4. Further I spoke with a Tim Johnson from Sheriff's office and he indicated that they were going to ignore the automatic stay in violation of the Bankruptcy code.

    5. I ask the court to grant automatic stay of writ of possession for 45 days.

Respectfully,

By: _____
Michael Harold Harvey
13554 Rendale Avenue
Baton Rouge, Louisiana
504-289-0896

# EVICTION!  # EVICTION!



**SHERIFF**
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

SID J. GAUTREAUX, III                                                    225-389-5000
SHERIFF & TAX COLLECTOR                                    FAX  225-389-5032

# EVICTION!

DATE: __1-4-19__

I have a writ of possession for this property,

Address: __13554 Nandale Ave.__,

to put the current owner in physical possession of this premesis.

You have through __1-22-19__ to vacate the property.

The attached writ will be executed whether you are home or not on the morning of:

__1-22-19__

# EVICTION!

## Deputy Adam Aaron

Foreclosures Division

## Cell (225) 773-9783

*** PLEASE CALL ME IMMEDIATELY ***



# EVICTION!   EVICTION!

**SHERIFF**
**East Baton Rouge Parish**

Foreclosure Division

Post Office Box 3277

Baton Rouge, Louisiana 70821

## Writ of Possession NOTICE

Suit # _668191_     Date: _1/14/19_
To: _Michael Harvey_
Address: _13554 Aendale Ave_

Greetings:

Please be advised that the premises in which you are residing has been sold at judicial auction pursuant to a court order in the above proceeding.

The new owners have caused the Court to issue a writ of possession which is an order that directs the Sheriff of East Baton Rouge Parish to place the new owners in full possession of the premises. In other words, the Sheriff has a court order to evict all persons and property from the residence.

However, if you are the **defendant** in the above numbered and entitled proceeding and are continuing to occupy the premises you will be given a certain amount of time (usually a few days to a few weeks) to move out of the premises without further notice or court proceedings pursuant to RS 13:4346, therefore you should make arrangements to remove your property from the premise immediately since Sheriff's deputies are subject to show up at any time without further notice to enforce the court order.

Find attached Writ of Possession

**Deputy Adam Aaron**
(225) 773-9783



Sid J. Gautreaux, III
Sheriff

**SHERIFF'S OFFICE**
Deputy
**Adam Aaron**
Foreclosure Division

OFFICE: (225) 389-4818
FAX:     (225) 389-4822
E-MAIL: Aaaron@ebrso.org
CELL:    (225) 773-9783

EAST BATON ROUGE SHERIFF'S OFFICE
P.O. BOX 3277 - BATON ROUGE, LOUISIANA 70821



# EVICTION!   EVICTION!

# WRIT OF POSSESSION

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
(Plaintiff)

VS

MICHAEL HARVEY (A/K/A MICHAEL HAROLD HARVEY)
(Defendant)

NUMBER C-668191 25

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

To the Sheriff of **EAST BATON ROUGE PARISH, STATE OF LOUISIANA**

**GREETINGS:**

You are hereby commanded in the name of the State of Louisiana and of the Honorable 19th Judicial District Court for the Parish of East Baton Rouge, to put **BINIR LLC**, Adjudicated at Sheriff's sale in the above numbered and entitled cause, in physical possession, in the manner prescribed by law, of the following described property, to-wit:

One certain lot or parcel of ground together with all buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, being situated in the Parish of East Baton Rouge, State of Louisiana, in that subdivision known as BROOKHOLLOW GLEN SUBDIVISION, and designated on the official plan thereof, on file and of record in the office of the Clerk and Recorder of the Parish of East Baton Rouge, State of Louisiana, as LOT NUMBER THIRTY-TWO (32), said subdivision, said lot having such measurements and dimensions and being subject to such servitudes as are shown on said subdivision map.

Subject to the servitudes as set forth in the Order of Expropriation dated January 21, 2014 and recorded on January 12, 2014 in Original 645, Bundle 12656, Parish of East Baton Rouge, State of Louisiana.

Written request having been made to the Clerk of this Honorable Court reciting that a requisite for this writ has been complied with, under and by virtue of the provisions of R.S. 13:4346.

And what you do in the premises you make return thereof, together with this writ, to our said court, as the law directs.

Witness the Honorable Judges and Clerk of our said Court, at Baton Rouge, Louisiana, on **JANUARY 3, 2019.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney:  BHATT, BEENITA**

WRIT OF POSSESSION –2168

```
0434 DNR-Off of Mineral Resources      PERIOD: 26/2018   PAY PERIOD END: 12/16/2018
PERS #: 00039074          Class Ex             26/2018   PAY DATE:       12/21/2018
MICHAEL HARVEY                         WITHHOLD W/4   #A PE DE   ADDL AMT EIC
c/o 13554 rendale avenue               FED  Single   00               0.00
baton roug LA  70810-3546              LA   Married  00 01 01         0.00

         BANK DETAILS                        PRIOR PERIOD ADJUSTMENT      AMOUNT
Checking         398.08   CAPITAL ONE, NATIONAL



NET              398.08

   LEAVE     TAKEN     EARNED      BALANCE     YTD TKN   UNPAID ABSENCES    HOURS YTD HRS
ANNUAL       0.00     7.38400    120.00020     192.95    LWOP                     26.00
SICK         0.00     7.38400   1842.00020     103.50
COMP-KT      0.00     0.00000      0.00000       0.00
FLSA COMP    0.00     0.00000      0.00000       0.00
FMLA         0.00     0.00000      0.00000       0.00
        EARNINGS/PAID ABSENCES         RATE   HOURS     AMOUNT
003B Regular Pay-Salary                32.70   80.00    2,616.00




************ TOTAL EARNINGS/PAID ABSENCES        2,616.00

   TAXES/RETIREMENT    CURRENT   YR-TO-DATE  TAX/RET WAGE   CURRENT      YR-TO-DATE
Lasers                 196.20    4,950.07    LASE           2,616.00  LASE  66,000.93
FED  Withholding       318.14    8,118.55    FED            2,298.27  FED   58,134.14
FED  EE Medicare        36.17      914.72    LA             2,298.27  LA    58,134.14
LA   Withholding        82.73    2,041.93

TOTAL TAXES/RET.       633.24   16,025.27

    DEDUCTIONS                    CURRENT    YR-TO-DATE     FLEX BENEFITS/CAFE
2200 *Flex OGB Health              121.53     2,916.72      CURRENT     YR-TO-DATE
3915 Federal Tax Levy            1,463.15    36,708.86       121.53      2,916.72




******** TOTAL DEDUCTIONS        1,584.68    36,708.86

EARNINGS/PAID ABSENCES YR-TO-DATE                AMOUNT
003B   Regular Pay-Salary                     51,738.16
650B   Annual Leave-Absence                    6,220.78
655B   Sick Leave-Absence                      3,330.78
694B   Spec Lv Office Closure                    619.13
701B   Holiday                                 3,584.08
715B   Suspended with Pay                        508.00


***** TOTAL EARNINGS/PAID ABSENCES YTD        66,000.93
```

```
***** STATE OF LOUISIANA DEPT OF TREASURY OFFICE OF STATE UNIFORM PAYROLL ******
Special Messages: ********************DON'T TRASH LOUISIANA! ********************
                  ******************KEEP LOUISIANA BEAUTIFUL! ******************

0434 DNR-Off of Mineral Resources    PERIOD: 14/2018   PAY PERIOD END: 07/01/2018
PERS #: 00039074          Class Ex           14/2018   PAY DATE:       07/06/2018
MICHAEL HARVEY                       WITHHOLD W/4    #A PE DE   ADDL AMT EIC
c/o 13554 RENDALE AVE                FED  Single     00              0.00
BATON ROUGE LA   70810-3546          LA   Married    00 01 01        0.00

       BANK DETAILS                            PRIOR PERIOD ADJUSTMENT    AMOUNT
Checking          398.08      CAPITAL ONE, NATIONAL


NET             398.08

   LEAVE      TAKEN    EARNED     BALANCE     YTD TKN   UNPAID ABSENCES   HOURS   YTD HRS
ANNUAL        10.00   6.46100   158.11900       67.70   LWOP              10.00    10.00
SICK           0.00   6.46100  1801.86900       56.50
COMP-KT        0.00   0.00000     0.00000        0.00
FLSA COMP      0.00   0.00000     0.00000        0.00
FMLA           0.00   0.00000     0.00000        0.00
       EARNINGS/PAID ABSENCES         RATE    HOURS    AMOUNT
003B  Regular Pay-Salary              31.75   60.00   1,905.00
650B  Annual Leave-Absence            31.75   10.00     317.50




************ TOTAL EARNINGS/PAID ABSENCES         2,222.50

   TAXES/RETIREMENT  CURRENT   YR-TO-DATE  TAX/RET WAGE  CURRENT      YR-TO-DATE
Lasers                166.69    2,639.47   LASE          2,222.50  LASE  35,192.92
FED  Withholding      238.06    4,392.98   FED           1,934.28  FED   30,973.56
FED  EE Medicare       30.47      487.39   LA            1,934.28  LA    30,973.56
LA   Withholding       62.53    1,069.69

TOTAL TAXES/RET.      497.75    8,589.53

   DEDUCTIONS                    CURRENT    YR-TO-DATE      FLEX BENEFITS/CAFE
2200 *Flex OGB Health             121.53     1,579.89     CURRENT    YR-TO-DATE
3915  Federal Tax Levy          1,205.14    19,450.38      121.53     1,579.89






******** TOTAL DEDUCTIONS     1,326.67    19,450.38

EARNINGS/PAID ABSENCES YR-TO-DATE              AMOUNT
003B  Regular Pay-Salary                    28,623.23
650B  Annual Leave-Absence                   2,134.60
655B  Sick Leave-Absence                     1,793.88
694B  Spec Lv Office Closure                   619.13
701B  Holiday                                2,022.08


***** TOTAL EARNINGS/PAID ABSENCES YTD      35,192.92
```